UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSE A. FRANCO-POU,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

No. 3:11cv1859 (SRU)

## ORDER

Jose Franco-Pou pled guilty on October 13, 2004 to a charge of conspiracy to possess with the intent to distribute cocaine. Judgment entered against Franco-Pou on March 7, 2005. Franco-Pou filed a notice of appeal on March 9, 2005, but withdrew his appeal on June 13, 2005. On November 21, 2011, Franco-Pou filed a letter motion requesting the sentencing transcripts and plea agreements of his co-defendants so that he could prepare a motion pursuant to 28 U.S.C. § 2255. Any potential motion pursuant to section 2255, however, appears untimely. As such, Franco-Pou's letter motion **[doc. # 1]** is DENIED without prejudice. Franco-Pou may resubmit his request only upon a showing of good cause for tolling the statute of limitations for bringing a petition pursuant to section 2255. Franco-Pou shall submit any renewed request within thirty (30) days of the entry of this order.

It is so ordered.

Dated at Bridgeport, Connecticut, this 30 day of January 2012.

/s/ Stefan Underhill
Stefan R. Underhill
United States District Judge